## Allen LEE v. STATE.

### No. 16977.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

I. W. Culp and Edgar Cale, both of Temple, Barnie Cantrell, of Dallas, and Arthur Holland, of Belton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for eight years.

The proceedings appear regular. The facts heard by the trial judge are not before this court.

We find nothing in the record which would justify further discussion except that the sentence, as written, is incorrect in that it fails to take note of the Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775). It will be reformed so as to show the appellant's conviction in the penitentiary for a term of not less than two nor more than eight years.

As reformed, the judgment is affirmed.

## B. L. LESTER v. STATE.

### No. 17094.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

Howard Reitzel, of Dallas, and Houston McMurry, of Henrietta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## C. J. LOCKHART v. STATE.

### No. 17236.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Irwin T. Ward, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for misapplication of county funds, punishment assessed at confinement in the penitentiary for two years.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

## E. H. McNIEL v. STATE.

### No. 17091.

Court of Criminal Appeals of Texas.
Oct. 24, 1934.

S. A. Norman and E. B. Lewis, both of Jacksonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.